IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Daniels, Ladonna | Case Number: 08 B 22476 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 8/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 0.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 29,109.00 | 0.00 |
| 3. | Credit Acceptance Corp | Unsecured | 535.49 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 300.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 80.00 | 0.00 |
| 6. | Michael Shelton | Unsecured | 515.63 | 0.00 |
| 7. | A Touch Of Class Dentistry | Unsecured | 45.04 | 0.00 |
| 8. | Americas Financial Choice Inc | Unsecured | 141.71 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 259.76 | 0.00 |
| 10. | Thorncreek Townhomes | Unsecured | 931.05 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 103.40 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 281.47 | 0.00 |
| 13. | NU Island Partners LLC | Unsecured | 65.55 | 0.00 |
| 14. | Illinois Secretary Of State | Unsecured |  | No Claim Filed |
| 15. | Allgate Financial | Unsecured |  | No Claim Filed |
| 16. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 18. | AFNI | Unsecured |  | No Claim Filed |
| 19. | CB USA | Unsecured |  | No Claim Filed |
| 20. | CBCS | Unsecured |  | No Claim Filed |
| 21. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 22. | CBCS | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | Credit Management Service | Unsecured |  | No Claim Filed |
| 25. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 26. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Daniels, Ladonna | Case Number: 08 B 22476 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 8/26/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. H&F Law | Unsecured | | No Claim Filed |
| 29. DuPage County | Unsecured | | No Claim Filed |
| 30. Global Payments | Unsecured | | No Claim Filed |
| 31. H&F Law | Unsecured | | No Claim Filed |
| 32. Credit Protection Association | Unsecured | | No Claim Filed |
| 33. H&F Law | Unsecured | | No Claim Filed |
| 34. First Choice Loans | Unsecured | | No Claim Filed |
| 35. HSBC | Unsecured | | No Claim Filed |
| 36. I C Systems Inc | Unsecured | | No Claim Filed |
| 37. The Payday Loan Store | Unsecured | | No Claim Filed |
| 38. Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 39. J V D B & Associates | Unsecured | | No Claim Filed |
| 40. Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 41. Jeffcapsys | Unsecured | | No Claim Filed |
| 42. Jeffcapsys | Unsecured | | No Claim Filed |
| 43. Midland Credit Management | Unsecured | | No Claim Filed |
| 44. Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 45. Park Dansan | Unsecured | | No Claim Filed |
| 46. NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 47. Platinum Capital Investments | Unsecured | | No Claim Filed |
| 48. Zenith Acquisition | Unsecured | | No Claim Filed |
| 49. Park Dansan | Unsecured | | No Claim Filed |
| 50. I C Systems Inc | Unsecured | | No Claim Filed |
| 51. West Asset Management | Unsecured | | No Claim Filed |
| 52. Nicor Gas | Unsecured | | No Claim Filed |
| 53. West Asset Management | Unsecured | | No Claim Filed |
| 54. ACC Consumer Finance | Unsecured | | No Claim Filed |
| | | $ 36,162.10 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*